# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH HATTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-cv-00991-JPG-DGW |
| | ) |
| VIKING MINING, LLC, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled and the Court having granted Plaintiff's Motion to Dismiss with prejudice;

IT IS HEREBY **ORDERED AND ADJUDGED** that this case is dismissed with prejudice and without costs.

**DATED:**  6/23/2016                                  **JUSTINE FLANAGAN**
                                                                   **Acting Clerk of Court**

                                                                   s/ *Tina Gray*
                                                                       **Deputy Clerk**

**APPROVED:**    *s/J. Phil Gilbert*
                             **J. PHIL GILBERT**
                             **DISTRICT JUDGE**